**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:<br>COWELL, BARBARA<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04-02784 ABG<br><br>JUDGE A. Benjamin Goldgar |

**DISTRIBUTION REPORT**

    I, <u>ILENE F. GOLDSTEIN</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

    <u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims: | $            431.00 |
| Chapter 7 Administrative Expenses: | $         5,650.21 |
| Chapter 11 Administrative Expenses: | $               0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $               0.00 |
| Secured Tax Liens: | $               0.00 |
| Priority Tax Claims: | $               0.00 |
| Other Priority Claims (507(a)(9)): | $               0.00 |
| General Unsecured Claims: | $         8,172.12 |

<u>TOTAL AMOUNT TO BE DISTRIBUTED:</u>  $       14,253.33

**DISTRIBUTION REPORT**                                **PAGE 1**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | Exemption Claims $ | 431.00 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 0004 | Barbara Cowell | 431.00 | 431.00 |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (b) and §507(a)(1) (Chapter 7 costs of $ administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | 9,625.71 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | ILENE F. GOLDSTEIN | 2,535.90 | 2,535.90 |
| 0001 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 6,462.00 | 2,612.00 |
| 0002 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 242.81 | 117.31 |
| 0003 | Jodi E. Gimbel,P.C. | 385.00 | 385.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (b) and §507(a)(1) (Debtor-in possession $ (DIP) administrative expenses) | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                                 **PAGE 2**

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL   $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,000.00 $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL   $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL   $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000.00 $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |

**EXHIBIT D**

**DISTRIBUTION REPORT** **PAGE 3**

| | | TOTAL $ | 0.00 |
|---|---|---|---|

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,800.00 | | 0.00 | 0.00% |
| $ | | | |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | 0.00 | 0.00% |
| $ | | | |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | 0.00 | 0.00% |
| $ | | | |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | 0.00 | 0.00% |
| $ | | | |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

**EXHIBIT D**

**DISTRIBUTION REPORT** **PAGE 4**

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL   $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) $ | 26,202.58 | 31.19% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Chase Manhattan Bank USA NA | 1,913.46 | 596.77 |
| 2 | Kohls Dept Store | 2,207.43 | 688.46 |
| 3 | Bank One Delaware NA | 5,453.29 | 1,700.78 |
| 4 | Discover Bank | 1,944.32 | 606.40 |
| 5 | Capital One | 595.42 | 185.70 |
| 6 | SMC c/o Carson Pirie Scott | 466.36 | 145.45 |
| 7 | Citibank USA NA | 6,015.16 | 1,876.02 |
| 8 | Citibank USA NA | 3,105.47 | 968.54 |
| 9 | GE Capital Consumer Card Co d/b/a Care Credit | 1,142.54 | 356.34 |
| 10 | Monogram Credit Card of Georgia | 2,903.39 | 905.52 |
| 11 | Monogram Credit Card of Georgia | 455.74 | 142.14 |
| | | TOTAL   $ | 8,172.12 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims $ | 0.00 | 0.00% |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                      **PAGE 5**

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | TOTAL  $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | TOTAL  $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(5) - Interest | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | TOTAL  $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | TOTAL  $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                                                         **PAGE 6**

|  |  |  |  | **DISALLOWED** |
|---|---|---|---|---|
| **TYPE OF CLAIM** | **CLAIM NUMBER** | **CREDITOR AND ADDRESS** | **AMOUNT OF CLAIM** | **/WITHDRAWN (DESIGNATE)** |

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____                _____
                                                                       ILENE F. GOLDSTEIN, Trustee

**EXHIBIT D**