IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 04-02784 |
| | ) | |
| Barbara Cowell | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

## AFFIDAVIT

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS. |
| COUNTY OF COOK | ) |

I, Jodi Gimbel, being first duly sworn upon oath, depose and state as follows:

1. I am a member of the firm of Jodi E. Gimbel, P.C. ("Gimbel") and I am authorized to execute this affidavit on behalf of Gimbel.

2. I have read the Application for Allowance of Compensation and Reimbursement of Expenses of Gimbel, accountants for Ilene F. Goldstein, Trustee ("Application"), and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Gimbel has performed the services described in the Application.

3. Gimbel has not previously received payment for compensation or reimbursement of expenses for services rendered or to be rendered in any capacity in connection with this case. Gimbel has not entered into any agreement for the sharing of compensation received or to be received for services rendered to Trustee in connection with this matter, except as among the members and associates of firm.

Further Affiant sayeth not.

Jodi E. Gimbel

SUBSCRIBED AND SWORN to before me this 26th day of February, 2008.

Notary Public

OFFICIAL SEAL
LIZETTE F PERRELLI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07 05