**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

COWELL, BARBARA

Debtor(s)

CHAPTER 7 CASE

CASE NO. 04-02784 ABG

JUDGE A. Benjamin Goldgar

**TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES**

TO:   HONORABLE A. Benjamin Goldgar
      BANKRUPTCY JUDGE

NOW COMES ILENE F. GOLDSTEIN, Trustee herein, pursuant to 11 U.S.C. §330, and requests $2,535.90 as compensation, $0.00 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $17,858.96. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,250.00 | ($1,250.00 maximum) |
| 10% of next $45,000.00 | $ 1,285.90 | ($4,500.00 maximum) |
| 5% of next $950,000.00 | $ 0.00 | ($47,500.00 maximum) |
| 3% of balance | $ 0.00 | |
| TOTAL | $ 2,535.90 | |

**EXHIBIT E**

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                    $_____0.00_____

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 1st day of May, 2008.

        /s/Ilene F. Goldstein_____
         ILENE F. GOLDSTEIN, Trustee
      Law Offices of Ilene F. Goldstein, Chartered
      850 Central Ave.
      Suite 200
      Highland Park, Illinois 60035
      Telephone # (847) 926-9595

**EXHIBIT E**