UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BARBARA COWELL, | ) | CASE NO.  04 B 02784 |
| | ) | |
| | ) | |
| DEBTOR. | ) | HON.  A. BENJAMIN GOLDGAR. |

**NOTICE OF FILING OF U.S. TRUSTEE'S**
**CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT**

**To:**   **Ilene F. Goldstein, Esq.**
**Law Office Of Ilene F. Goldstein**
**425 Hehl Road**
**Suite 16B**
**Northbrook, IL 60062**
**Registrant's e-mail: Ifgoldstein@aol.com**

   **Please Take Notice** that on **May 22, 2008**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

   The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final Report.

                                                                                  WILLIAM T. NEARY
                                                                                  UNITED STATES TRUSTEE

DATED: May 22, 2008                           BY: /s/ Dean C. Harvalis
                                                                                  Dean C. Harvalis, Assistant U.S. Trustee
                                                                                  OFFICE OF THE U.S. TRUSTEE
                                                                                  219 South Dearborn Street, Room 873
                                                                                  CHICAGO, ILLINOIS  60604
                                                                                  (312) 886-5783

**CERTIFICATE OF SERVICE**

   I, Dean C. Harvalis, an attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report was accomplished through the Court's Electronic Notice for Registrants on May 22, 2008.

                                                             /s/ Dean C. Harvalis