**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| IN RE:<br>COWELL, BARBARA<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04-02784 ABG<br><br>JUDGE A. Benjamin Goldgar |
|---|---|

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: U.S. BANKRUPTCY COURT sitting at the **Lakehurst Branch Court** located at **430 Lakehurst Road, Waukegan, Illinois** in **Courtroom B** or any other Court Room which may be assigned before the Honorable A. Benjamin Goldgar  On:  **June 27, 2008**    At:  **2:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

| a. Receipts | $ | 18,289.96 |
|---|---|---|
| b. Disbursements | $ | 4,036.63 |
| c. Net Cash Available for Distribution | $ | 14,253.33 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| ILENE F. GOLDSTEIN<br>(Trustee Fees) | 0.00 | $2,535.90 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>(Trustee's Firm Legal Fees) | 3,850.00 | $2,612.00 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>(Trustee's Firm Legal Expenses) | 125.50 | | $117.31 |
| Jodi E. Gimbel,P.C.<br>(Trustee's Accountant Fees) | 0.00 | $385.00 | |

5. In addition to the expenses of administration listed above as may be allowed by the

Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

6. Claims of general unsecured creditors totaling $26,202.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 31.19%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Manhattan Bank USA NA | $ 1,913.46 | $ 596.77 |
| 2 | Kohls Dept Store | $ 2,207.43 | $ 688.46 |
| 3 | Bank One Delaware NA | $ 5,453.29 | $ 1,700.78 |
| 4 | Discover Bank | $ 1,944.32 | $ 606.40 |
| 5 | Capital One | $ 595.42 | $ 185.70 |
| 6 | SMC c/o Carson Pirie Scott | $ 466.36 | $ 145.45 |
| 7 | Citibank USA NA | $ 6,015.16 | $ 1,876.02 |
| 8 | Citibank USA NA | $ 3,105.47 | $ 968.54 |
| 9 | GE Capital Consumer Card Co d/b/aCare Credit | $ 1,142.54 | $ 356.34 |
| 10 | Monogram Credit Card of Georgia | $ 2,903.39 | $ 905.52 |
| 11 | Monogram Credit Card of Georgia | $ 455.74 | $ 142.14 |

7. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.
8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.
9. Debtor has been discharged.
10. The Trustee proposed to abandon the following property at the hearing:None

| Dated: | **June 4, 2008** | For the Court, |
|---|---|---|
| | | |
| | | By: **KENNETH S. GARDNER** |
| | | Kenneth S. Gardner |
| | | Clerk of the United States Bankruptcy Court |
| | | 219 S. Dearborn Street; 7th Floor |
| | | Chicago, IL  60604 |

Trustee:  ILENE F. GOLDSTEIN
Address: Law Offices of Ilene F. Goldstein, Chartered
850 Central Ave.
Suite 200
Highland Park, Illinois 60035
Telephone # (847) 926-9595

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

2784   Doc 37   Filed 06/04/08   Entered 06/07/08 01:07:47   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 1                  Date Rcvd: Jun 04, 2008
Case: 04-02784                 Form ID: pdf002             Total Served: 26


The following entities were served by first class mail on Jun 06, 2008.
db           +Barbara Cowell,    201 S Chicago Ave Apt 205,    Mundelein, IL 60060-2956
aty          +425 Huehl Road   Suite 16b,    Northbrook, IL 60062-2366
aty          +Ilene F Goldstein,    Ilene F Goldstein Chartered,    850 Central Avenue,    Suite 200,
               Highland Park, IL 60035-3278
aty          +William K Murphy,    Law Offices of Ernesto D. Borges,    105 W. Madison,    23rd Floor,
               Chicago, IL 60602-4818
tr           +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,    Ste 200,
               Highland Park, IL 60035-3278
7716240      +Bank One,    Attn: Bankruptcy Department,    5522 6th Ave,    Kenosha, WI 53140-3710
8274294       Bank One Delaware NA,    POB 15145,    Wilmington, DE 19850-5145
7716237      +Bank of America,    Bankruptcy Department,    PO Box 17230,    Baltimore, MD 21297-0424
7716250       Capital One,    Bankruptcy Department,    PO Box 85167,    Richmond, VA 23285-5167
7716246      +Chase,    Attn: Bankruptcy Dept.,    PO Box 15919,    Wilmington, DE 19850-5919
8274082       Chase Manhattan Bank USA NA,    c/o Chase Bankcard Services Inc,    PO Box 52176,
               Phoenix, AZ 85072-2176
8421216      +Citibank USA NA,    4300 Westown Pkwy,    West Des Moines, IA 50266-1266
7716235      +First Investors Bank,    Bankruptcy Dept.,    PO Box 2589,    Omaha, NE 68103-2589
8447369      +GE Capital Consumer Card Co d/b/aCare Credit,    GE Consumer Finance,    POB 960061,
               Orlando, FL 32896-0061
7716243       Household Bank, N.A.,    Bankruptcy Department,    PO Box 17051,    Baltimore, MD 21297-1051
7716242       JC Penney,    Attn: Bankruptcy Dept.,    Box 533,    Dallas, TX 75521
7716239       Kohl's,    Attn: Bankruptcy Dept.,    PO Box 3043,    Milwaukee, WI 53201-3043
8274293      +Kohls Dept Store,    c/o Creditors Bankruptcy Service,    POB 740933,    Dallas, TX 75374-0933
8482376      +Monogram Credit Card of Georgia,    Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
7716238      +SMC  c/o Carson Pirie Scott,    Attn: Bankruptcy Department,    PO Box  67,
               Chanhassen, MN 55317-0067
7716244      +Sears,    Bankruptcy Department,    PO Box 182149,    Columbus, OH 43218-2149
7716249       Target/Retailers National Bank,    Attn: Bankruptcy Dept.,    PO Box 59231,
               Minneapolis, MN 55459-0231
7716247      +Victoria's Secret,    Attn: Bankruptcy Dept.,    Box 182510,    Columbus, OH 43218-2510
The following entities were served by electronic transmission on Jun 05, 2008.
8277101       E-mail/PDF: mrdiscen@discoverfinancial.com Jun 05 2008 04:53:13      Discover Bank,
               Discover Financial Services,    POB 8003,    Hilliard, OH 43026
7716248      +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2008 04:16:26      Walmart,    Attn: Bankruptcy Dept.,
               PO Box 530929,    Atlanta, GA 30353-0929
7716236      +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2008 04:16:26      Wickes Furniture,
               Bankruptcy Department,    PO Box 9767,    Macon, GA 31297-9767
                                                                                                TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7716245*     +Sears,    Bankruptcy Department,    PO Box 182149,    Columbus, OH 43218-2149
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 06, 2008**          **Signature:** *Joseph Speetjens*