# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 04-02784 ABG
**Case Name:** COWELL, BARBARA

**Taxpayer ID #:** 13-7417951
**Period Ending:** 11/10/08

**Trustee:** ILENE F. GOLDSTEIN (330290)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****11-65 - Money Market Account
**Blanket Bond:** $3,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/09/04 | {9} | Barbara Cowell | Recovery of assets | 1229-000 | 18,000.00 | | 18,000.00 |
| 06/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 1.48 | | 18,001.48 |
| 07/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 2.29 | | 18,003.77 |
| 08/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 2.81 | | 18,006.58 |
| 09/20/04 | 1001 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | FEES<br>Voided on 09/20/04 | 3110-000 | | ! 3,850.00 | 14,156.58 |
| 09/20/04 | 1001 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | FEES<br>Voided: check issued on 09/20/04 | 3110-000 | | ! -3,850.00 | 18,006.58 |
| 09/20/04 | 1002 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | EXPENSES<br>Voided on 09/20/04 | 3120-000 | | ! 125.50 | 17,881.08 |
| 09/20/04 | 1002 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | EXPENSES<br>Voided: check issued on 09/20/04 | 3120-000 | | ! -125.50 | 18,006.58 |
| 09/24/04 | 1003 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | FEES | 3110-000 | | 3,850.00 | 14,156.58 |
| 09/24/04 | 1004 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | EXPENSES | 3120-000 | | 125.50 | 14,031.08 |
| 09/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 2.87 | | 14,033.95 |
| 10/29/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 2.50 | | 14,036.45 |
| 11/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 2.88 | | 14,039.33 |
| 12/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 2.98 | | 14,042.31 |
| 01/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | 3.52 | | 14,045.83 |
| 02/17/05 | 1005 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2004 FOR CASE #04-02784, Annual Bond Premium | 2300-000 | | 26.21 | 14,019.62 |
| 02/28/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 3.35 | | 14,022.97 |
| | | | | **Subtotals :** | **$18,024.68** | **$4,001.71** | |

{} Asset reference(s)

!-Not printed or not transmitted

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 04-02784 ABG
**Case Name:** COWELL, BARBARA

**Taxpayer ID #:** 13-7417951
**Period Ending:** 11/10/08

**Trustee:** ILENE F. GOLDSTEIN (330290)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****11-65 - Money Market Account
**Blanket Bond:** $3,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 4.17 | | 14,027.14 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 4.04 | | 14,031.18 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 4.17 | | 14,035.35 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 4.48 | | 14,039.83 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 4.87 | | 14,044.70 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 5.37 | | 14,050.07 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 5.52 | | 14,055.59 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 6.10 | | 14,061.69 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 6.36 | | 14,068.05 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.04 | | 14,075.09 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 7.93 | | 14,083.02 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 7.56 | | 14,090.58 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 8.38 | | 14,098.96 |
| 04/07/06 | 1006 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/01/2006 FOR CASE #04-02784, Annual Bond Amount | 2300-000 | | 10.57 | 14,088.39 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.92 | | 14,097.31 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.58 | | 14,106.89 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.28 | | 14,116.17 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 9.59 | | 14,125.76 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.60 | | 14,135.36 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.98 | | 14,144.34 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.91 | | 14,154.25 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.30 | | 14,163.55 |
| | | | | **Subtotals :** | **$151.15** | **$10.57** | |

{} Asset reference(s)

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 04-02784 ABG
**Case Name:** COWELL, BARBARA

**Taxpayer ID #:** 13-7417951
**Period Ending:** 11/10/08

**Trustee:** ILENE F. GOLDSTEIN (330290)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****11-65 - Money Market Account
**Blanket Bond:** $3,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.99 | | 14,172.54 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.45 | | 14,181.99 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.06 | | 14,189.05 |
| 03/20/07 | 1007 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #04-02784 | 2300-000 | | 12.18 | 14,176.87 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.57 | | 14,184.44 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.82 | | 14,192.26 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.83 | | 14,200.09 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.33 | | 14,207.42 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.09 | | 14,215.51 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.84 | | 14,223.35 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.08 | | 14,230.43 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.35 | | 14,238.78 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 7.40 | | 14,246.18 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 7.25 | | 14,253.43 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 6.51 | | 14,259.94 |
| 02/12/08 | 1008 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #04-02784, Bond payment | 2300-000 | | 12.17 | 14,247.77 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.92 | | 14,250.69 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.64 | | 14,253.33 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.98 | | 14,255.31 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.78 | | 14,257.09 |
| 06/19/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 1.11 | | 14,258.20 |
| | | | | **Subtotals :** | **$119.00** | **$24.35** | |

{} Asset reference(s)

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 04-02784 ABG
**Case Name:** COWELL, BARBARA

**Taxpayer ID #:** 13-7417951
**Period Ending:** 11/10/08

**Trustee:** ILENE F. GOLDSTEIN (330290)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****11-65 - Money Market Account
**Blanket Bond:** $3,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/19/08 | | To Account #********1166 | TRANSFER FROM INVESTMENT | 9999-000 | | 14,258.20 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **18,294.83** | **18,294.83** | **$0.00** |
| Less: Bank Transfers | 0.00 | 14,258.20 | |
| **Subtotal** | **18,294.83** | **4,036.63** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$18,294.83** | **$4,036.63** | |

{} Asset reference(s)

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 04-02784 ABG
**Case Name:** COWELL, BARBARA

**Taxpayer ID #:** 13-7417951
**Period Ending:** 11/10/08

**Trustee:** ILENE F. GOLDSTEIN (330290)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****11-66 - Checking Account
**Blanket Bond:** $3,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/19/08 | | From Account #********1165 | TRANSFER FROM INVESTMENT | 9999-000 | 14,258.20 | | 14,258.20 |
| 06/30/08 | 101 | Barbara Cowell | Dividend paid 100.00% on $431.00; Claim# 0004; Filed: $431.00; Reference: Stopped on 09/10/08 | 8100-000 | | 431.00 | 13,827.20 |
| 06/30/08 | 102 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $2,535.90, Trustee Compensation; Reference: | 2100-000 | | 2,535.90 | 11,291.30 |
| 06/30/08 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $6,462.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,612.00 | 8,679.30 |
| 06/30/08 | 104 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $242.81, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 117.31 | 8,561.99 |
| 06/30/08 | 105 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $385.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 385.00 | 8,176.99 |
| 06/30/08 | 106 | Chase Manhattan Bank USA NA | Dividend paid 31.20% on $1,913.46; Claim# 1; Filed: $1,913.46; Reference: | 7100-000 | | 597.13 | 7,579.86 |
| 06/30/08 | 107 | Kohls Dept Store | Dividend paid 31.20% on $2,207.43; Claim# 2; Filed: $2,207.43; Reference: | 7100-000 | | 688.87 | 6,890.99 |
| 06/30/08 | 108 | Bank One Delaware NA | Dividend paid 31.20% on $5,453.29; Claim# 3; Filed: $5,453.29; Reference: | 7100-000 | | 1,701.80 | 5,189.19 |
| 06/30/08 | 109 | Discover Bank | Dividend paid 31.20% on $1,944.32; Claim# 4; Filed: $1,944.32; Reference: | 7100-000 | | 606.76 | 4,582.43 |
| 06/30/08 | 110 | Capital One | Dividend paid 31.20% on $595.42; Claim# 5; Filed: $595.42; Reference: | 7100-000 | | 185.81 | 4,396.62 |
| 06/30/08 | 111 | SMC c/o Carson Pirie Scott | Dividend paid 31.20% on $466.36; Claim# 6; Filed: $466.36; Reference: | 7100-000 | | 145.54 | 4,251.08 |
| | | | | **Subtotals :** | **$14,258.20** | **$10,007.12** | |

{} Asset reference(s)

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 04-02784 ABG
**Case Name:** COWELL, BARBARA

**Taxpayer ID #:** 13-7417951
**Period Ending:** 11/10/08

**Trustee:** ILENE F. GOLDSTEIN (330290)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****11-66 - Checking Account
**Blanket Bond:** $3,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/08 | 112 | Citibank USA NA | Dividend paid 31.20% on $6,015.16; Claim# 7; Filed: $6,015.16; Reference: | 7100-000 | | 1,877.14 | 2,373.94 |
| 06/30/08 | 113 | Citibank USA NA | Dividend paid 31.20% on $3,105.47; Claim# 8; Filed: $3,105.47; Reference: | 7100-000 | | 969.12 | 1,404.82 |
| 06/30/08 | 114 | GE Capital Consumer Card Co d/b/aCare Credit | Dividend paid 31.20% on $1,142.54; Claim# 9; Filed: $1,142.54; Reference: | 7100-000 | | 356.55 | 1,048.27 |
| 06/30/08 | 115 | Monogram Credit Card of Georgia | Dividend paid 31.20% on $2,903.39; Claim# 10; Filed: $2,903.39; Reference: | 7100-000 | | 906.05 | 142.22 |
| 06/30/08 | 116 | Monogram Credit Card of Georgia | Dividend paid 31.20% on $455.74; Claim# 11; Filed: $455.74; Reference: | 7100-000 | | 142.22 | 0.00 |
| 09/10/08 | 101 | Barbara Cowell | Dividend paid 100.00% on $431.00; Claim# 0004; Filed: $431.00; Reference: Stopped: check issued on 06/30/08 | 8100-000 | | -431.00 | 431.00 |
| 09/10/08 | 117 | Clerk of the Court | Deposit of Unclaimed Funds | 8100-002 | | 431.00 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **14,258.20** | **14,258.20** | **$0.00** |
| Less: Bank Transfers | 14,258.20 | 0.00 | |
| **Subtotal** | **0.00** | **14,258.20** | |
| Less: Payments to Debtors | | 431.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$13,827.20** | |

{} Asset reference(s)

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 04-02784 ABG
**Case Name:** COWELL, BARBARA

**Taxpayer ID #:** 13-7417951
**Period Ending:** 11/10/08

**Trustee:** ILENE F. GOLDSTEIN (330290)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****11-66 - Checking Account
**Blanket Bond:** $3,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****11-65** | **18,294.83** | **4,036.63** | **0.00** |
| **Checking # ***-*****11-66** | **0.00** | **13,827.20** | **0.00** |
| | **$18,294.83** | **$17,863.83** | **$0.00** |

{} Asset reference(s)